UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

ZELMA COOPER,

   Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a HRRG, ARS ACCOUNT
RESOLUTION SERVICES,

   Defendant.
_____/

**PETITION FOR REMOVAL WITH SUPPORTING MEMORANDUM OF LAW**

COMES NOW, the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a HRRG, ARS ACCOUNT RESOLUTION SERVICES (hereinafter referred to as "HRRG" or "Defendant"), by and through its undersigned counsel, and respectfully petitions this Honorable Court for removal of the above-styled civil action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1. Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a HRRG, ARS ACCOUNT RESOLUTION SERVICES, has been named as a Defendant in a civil action brought against it in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida styled *Zelma Cooper v. Healthcare Revenue Recovery Group, LLC d/b/a HRRG, ARS Account Resolution Services*, Case No.: 2017-008188-CC-23. In addition to all process and pleadings served upon HRRG, attached hereto are additional documents that comprise the State Record.

Zelma Cooper v. Healthcare Revenue Recovery Group, LLC
SDFL Case No: To be assigned
Defendant's Petition for Removal to Federal Court
_____

2. That the aforesaid action was filed with the Clerk of the Court in Miami-Dade County and service of process of said Summons/Notice to Appear for Pretrial Conference and Complaint, and served upon HRRG, on or about June 28, 2017.

3. That the controversy herein between the Plaintiff and Defendant is a controversy based upon consumer protection rights created by and enforced through federal statute 15 U.S.C. Section 1692, *et seq.* entitled the Fair Debt Collection Practices Act ("FDCPA").

4. That the above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, §1331, and is one which may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of Title 28, United States Code, §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Notice of Removal is filed with this Court within 30 days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

## **MEMORANDUM OF LAW IN SUPPORT OF ITS PETITION FOR REMOVAL**

### Statement of the Case and Facts

The instant suit is a civil action which includes a federal question, specifically, a claim that the Defendant allegedly violated Plaintiff's consumer protection rights under the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692. The original Complaint seeks an award of damages against the Defendant, for alleged violations of these federal consumer protection statutes.

Zelma Cooper v. Healthcare Revenue Recovery Group, LLC
SDFL Case No: To be assigned
Defendant's Petition for Removal to Federal Court
_____

## Federal Court Jurisdiction

This Court has jurisdiction of this case pursuant to 28 U.S.C. §1331. Section 1331 states as follows:

"§1331. Federal question.

*The federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.*

The original Complaint herein raises a federal question and satisfies the jurisdictional requirements of 28 U.S.C. §1331. This Honorable Court therefore has original jurisdiction of this civil action.

## Removal

This is an action which may properly be removed to this Court pursuant to 28 U.S.C. §1441 which states in pertinent part as follows:

*"Except as otherwise expressly provided by act of Congress, any civil action brought in a state court of which the district courts of the United States has original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending . . . "*

Given that this action is one over which the United States District Court for the Southern District of Florida would have original jurisdiction, this case may properly be removed by Defendant pursuant to 28 U.S.C. §1446(a) which provides:

*"A defendant or defendants desiring to remove any civil action or criminal prosecution from a state court shall file in the district court of the United States for the district and division within which such action is pending a Notice of Removal, signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant or defendants in such action."*

Zelma Cooper v. Healthcare Revenue Recovery Group, LLC
SDFL Case No: To be assigned
Defendant's Petition for Removal to Federal Court
_____

In the instant suit, the Defendant has filed a Notice which complies with 28 U.S.C. §1446(a), in that it sets forth facts that show that this Court has original jurisdiction and that this case is subject to removal.

### Timeliness of Removal

28 U.S.C. §1446(b) requires that a Notice of Removal in a civil action or proceeding shall be filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. The original Complaint was filed with the Court and served upon the Defendant on or about June 28, 2017, and this Petition for Removal has been filed less than thirty (30) days from service of the original Complaint.

### Consent of Co-Defendants

Undersigned counsel represents that no other co-Defendant has been listed or served as a party to this lawsuit or with respect to this removal, and therefore no consent is necessary.

WHEREFORE, Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a HRRG, ARS ACCOUNT RESOLUTION SERVICES, respectfully requests this Honorable Court enter its Order removing the entire case from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to the United States District Court, Southern District of Florida.

Dated this 28th day of July, 2017.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

Zelma Cooper v. Healthcare Revenue Recovery Group, LLC
SDFL Case No: To be assigned
Defendant's Petition for Removal to Federal Court
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 28, 2017, with the Clerk of the Court by using the electronic filing system. I further certify that on this 28th day of July, 2017, a copy of the foregoing has been sent via electronic transmission to the following: Michael Tierney, Esquire of Michael Tierney, P.A. at efile@tierneylaw.us *(Attorney for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant,*
*Healthcare Revenue Recovery Group, LLC*