# State Court Records

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

### ZELMA COOPER VS HEALTHCARE REVENUE RECOVERY GROUP (LLC)

**Local Case Number:** 2017-008188-CC-23

**Filing Date:** 05/10/2017

**State Case Number:** 132017CC008188000023

**Case Type:** Other Civil Complaint (Non-Monetary)

**Consolidated Case No.:** N/A

**Judicial Section:** ND02

**Case Status:** OPEN

### 👥 Parties

Number of Parties: 3  —

⤓ Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|



| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Cooper, Zelma | **B#: (Bar Number)**643475<br>*N: (Attorney Name)*Tierney, Michael Patrick | |
| Defendant | Healthcare Revenue Recovery Group (LLC) | | |
| Defendant AKA | A R S Account Resolution Svcs | | |

## ⚖ Hearing Details

**Number of Hearing: 0**

No hearing information found

## 🔊 Dockets

**Dockets Retrieved: 8**

⎯➤ Export to ▾

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 7 | 07/18/2017 | | Notice of Filing: | Event | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| 6 | 07/13/2017 | | Service Returned | Event | **FILED WITHOUT SUMMONS** |
| 5 | 06/09/2017 | | Receipt: | Event | **RECEIPT#:3480048 AMT PAID:$10.00 NAME:TIERNEY, MICHAEL PATRICK 918 BEARD AVE WINTER PARK FL 32789-1818 ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RECEIPT** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
|  | 06/08/2017 |  | 20 Day Summons Issued | Service |  |
| 4 | 06/08/2017 |  | ESummons 20 Day Issued | Event | *Parties: Healthcare Revenue Recovery Group (LLC)* |
| 3 | 06/08/2017 |  | (M) 20 Day (C) Summons (Sub) Received | Event |  |
| 2 | 05/11/2017 |  | Receipt: | Event | **RECEIPT#:3570048 AMT PAID:$300.00 NAME:TIERNEY, MICHAEL PATRICK 918 BEARD AVE WINTER PARK FL 32789-1818 ALLOCATION CODE QUANTITY UNIT AMOUNT 2100-COUNTY FILING FEE 1 $300.00 $300.00 TENDER TYPE:E-FILING ACH TENDER AMT:$300.00 RECEIP** |
| 1 | 05/10/2017 |  | Complaint | Event |  |

◀◀ Back to Results

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)
｜ Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp)
｜ Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)
｜ Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)   (http://www.miamidade.gov)
｜ Contact Us (http://www.miami-dadeclerk.com/contact.asp)
｜ About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142976

Filing # 57478531 E-Filed 06/08/2017 10:35:55 AM

IN THE CIRCUIT COURT OF THE __ELEVENTH__ JUDICIAL CIRCUIT,
IN AND FOR __MIAMI DADE__ COUNTY, FLORIDA

Case No.: 2017-008188-CC-23
Division: _____

__ZELMA COOPER__,
Petitioner,

and

HEALTHCARE REVENUE RECOVERY GROUP, LLC,
D.B.A. HRRG, ARS ACCOUNT RESOLUTION SERVICES
Respondent.

Served: _____
Date: _____ Time: _____
Server: _____

Certified/Special Process Server # _____

**ERIC LARSON #063**
**Cert Process Server**
**2nd Judicial Circuit**

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

HEALTHCARE REVENUE RECOVERY GROUP, LLC
D.B.A. HRRG, ARS ACCOUNT RESOLUTION SERVICES
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 **IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: *(street address)* _____.
A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*(Name and address of party serving summons)* _____
   Michael Tierney, Esquire, 918 Beard Ave, Winter Park, FL 32789

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (09/12)

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be served at the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.) Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e infomacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle. (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.) Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 6/8/2017 _____

(SEAL)

Harvey Ruvin,
Clerk of Courts
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**IN THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE, FLORIDA**

**ZELMA COOPER,**

    **Plaintiff,**　　　　　　　　　　**CASE NO.:**

**v.**

**HEALTHCARE REVENUE RECOVERY GROUP, LLC,
D.B.A. HRRG, ARS ACCOUNT RESOLUTION SERVICES**

    **Defendants.**

_____/

**COMPLAINT**
**JURY DEMAND**

**NOW INTO COURT,** through undersigned counsel, comes ZELMA COOPER, the Plaintiff herein, and hereby filed this Complaint against HEALTHCARE REVENUE RECOVERY GROUP, LLC, d.b.a. HRRG, ARS ACCOUNT RESOLUTION SERVICES the Defendant herein, and hereby states as follows:

**PART I: INTRODUCTION**

1. This is an action for damages which exceeds $5,000.00 in any single count; it is brought by individual consumer for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

**JURISDICTION**

2. Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C., §1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

3. This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4. Venue is proper in this County because the acts and transactions occurred in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5. Plaintiff is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, a collection agency, operates from an address of 1643 North Harrison Parkway, Building H Suite 100, Sunrise, FL 33323. Defendant has a registered agent in the State of Florida designated to receive service of process named Corporation Service Company, whose address is 1201 Hays Street, Tallahassee, FL 32301, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant is also registered with the state of Florida as a "debt collector."

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant is a corporation licensed to do business in the State of Florida as a registered debt collector.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5). Upon information and belief, Defendant is attempting to collect on a consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15. On or about February 27, 2017, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed and refused to pay the debts at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "A".

16. On or about May 4, 2017, Plaintiff obtained a credit report from TransUnion, which showed the accounts Defendant was attempting to collect in the amounts of $1,140.00 for account #7218**** and $1,396.00 for account #8108****. A true copy of Plaintiff's credit report is attached hereto as Exhibit "B".

## COUNT I
## FALSE REPRESENTATION OF DEBT
## IN VIOLATION OF FDCPA 15 USC § 1692(e)(2)

17. Plaintiff incorporates Paragraphs 1 through 16.

18. On or about February 27, 2017, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed and refused to pay the debts at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "A".

19. On May 4, 2017, Plaintiff obtained a credit report from TransUnion, which showed the accounts failed to be listed as disputed. Defendant failed to list the debts as disputed which violated 15 USC § 1692(e)(2). See Exhibit "B".

20. Defendant violated 15 USC § 1692(e)(2) by communicating false information regarding the status to Plaintiff, as seen in Exhibit "B".

21. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FALSE REPRESENTATION OF DEBT
## IN VIOLATION OF FDCPA 15 USC § 1692(e)(8)

22. Plaintiff incorporates Paragraphs 1 through 16.

23. 15 USC § 1692(e)(8) states that communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed is a violation.

24. Defendant violated 15 USC § 1692(e)(8) by communicating information regarding the debt alleged owed by debtor to Plaintiff as follows:

    A. Defendant failed accounts #7218**** and #8108**** as disputed.

25. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit;  and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated:  May 10, 2017

Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff

Zelma Cooper

ARS Account Resolution
1801 NW 66th Ave Ste 200C
Services
Plantation, FL 33313

Exhibit "A"

# Credit Report Dispute Form

## 1: Contact Information

Name: Zelma Cooper
Address: ███
City: ███   State: ███   Zip: ███
Social Security Number: ███   Birth Date: ███

## 2. Dispute Information

Item in Dispute

Creditor: ARS Account Resolution

Account Number: 8108XXXX

This information is disputed; should be listed as such; and is wrong because:

- ☐ There is incorrect personal information listed (see attached).
- ☐ This is not my account.
- ☐ This account is in bankruptcy and is not properly reported
- ☐ I have paid this account in full
- ☐ This account is closed
- ☐ I paid this before it went to collection or before it was charged off.
- ☒ The balance is wrong because it's too high.
- ☐ The interested rate is disputed.
- ☐ There is identity theft
- ☐ The account is not past due.
- ☐ Late charges are disputed.
- ☐ I have never paid late.
- ☒ The account is old and should be removed
- ☐ Please send detailed proof of debt
- ☐ These fees are disputed:
  - ☐ Overlimit
  - ☐ Applied Insurance
  - ☐ Membership

Other: I am disputing this and not paying it

Signature: _Zelma Cooper_   Date: 2/11/17

# Credit Report Dispute Form

## 1. Contact Information

Name: Zelma Cooper
Address: ▮
City: ▮   State: ▮   Zip: ▮
Social Security Number: ▮   Birth Date: ▮

## 2. Dispute Information

Item in Dispute

Creditor: ARS Account Resolution

Account Number: 7218XXXX

This information is disputed; should be listed as such; and is wrong because:

- ☐ There is incorrect personal information listed (see attached).
- ☐ This is not my account.
- ☐ This account is in bankruptcy and is not properly reported.
- ☐ I have paid this account in full.
- ☐ This account is closed.
- ☐ I paid this before it went to collection or before it was charged off.
- ☒ The balance is wrong because it's too high.
- ☐ The interested rate is disputed.
- ☐ There is identity theft.
- ☐ The account is not past due.
- ☐ Late charges are disputed.
- ☐ I have never paid late.
- ☒ The account is old and should be removed.
- ☐ Please send detailed proof of debt.
- ☐ These fees are disputed:
  - ☐ Overlimit
  - ☐ Applied Insurance
  - ☐ Membership

Other: I am disputing this and not paying it.

Signature: *Zelma Cooper*   Date: _____



Exhibit "B"



**ACCOUNT RESOLUTION SERVI #**
1643 NORTH HARRISON PKWY BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 08/26/2013 | **Balance:** | ▇ | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 04/08/2017 | | |
| **Account Type:** | Open Account | **Original Amount:** | ▇ | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-INPHYNET SOUTH BROWARD INC (Medical/Health Care) | | |
| | | **Past Due:** | ▇ | | |

**Remarks:** >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 09/2018

**ACCOUNT RESOLUTION SERVI #**
1643 NORTH HARRISON PKWY BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 01/27/2016 | **Balance:** | ▇ | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 04/08/2017 | | |
| **Account Type:** | Open Account | **Original Amount:** | ▇ | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-INPHYNET SOUTH BROWARD INC (Medical/Health Care) | | |
| | | **Past Due:** | ▇ | | |

**Remarks:** >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 11/2021





# RETURN OF SERVICE

State of Florida      County of Miami-Dade      County Court

Case Number: 17-81880-CC-23


ALS2017003794

Plaintiff:
**Zelma Cooper,**
vs.
Defendant:
**Healthcare Revenue Recovery Group, LLC d.b.a. HRRG, ARS Account Resolution Services,**

For:
Michael Tierney
Michael Tierney, P.A.
918 Beard Ave.
Winter Park, FL 32789

Received by ATTORNEY'S LEGAL SERVICES, INC. on the 24th day of June, 2017 at 3:48 pm to be served on **HEALTHCARE REVENUE RECOVERY GROUP, LLC D.B.A. HRRG, ARS ACCOUNT RESOLUTION SERVICES C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 Hays Street, Tallahassee, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **28th** day of **June, 2017** at **3:00 pm**, I:

served a **LIMITED LIABILITY COMPANY** by serving a **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **COLTER WARRINGTON** as **CLERK FOR RA** of **HEALTHCARE REVENUE RECOVERY GROUP, LLC D.B.A. HRRG, ARS ACCOUNT RESOLUTION SERVICES**, at the address of: **1201 HAYS ST, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with **Florida Statutes 608.463 and 48.062(1).**

Additional Information pertaining to this Service:
COLTER WARRINGTON, CLERK FOR RA, WM 25 YRS 5'10 175 LBS BROWN HAIR NO GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2). Notary not required.

ERIC L. LARSON
CPS #063, 2ND JUDICIAL CIRCUIT

ATTORNEY'S LEGAL SERVICES, INC.
617 E Washington St
Ste 2
Orlando, FL 32801
(407) 839-4644
Our Job Serial Number: ALS-2017003794
Ref: 3794

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ZELMA COOPER,

   Plaintiff,

Case No.: 2017-008188-CC-23

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, d/b/a HRRG, ARS
ACCOUNT RESOLUTION SERVICES,

   Defendant.
_____/

## **NOTICE OF FILING PETITION FOR REMOVAL TO FEDERAL COURT**

COMES NOW, the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a HRRG, ARS ACCOUNT RESOLUTION SERVICES (hereinafter referred to as "Defendant"), by and through its undersigned attorney and files this Notice of Filing Petition for Removal to Federal Court in the above-styled case this 18th day of July, 2017.

28 U.S.C. Section 1446(d) clearly states: "Promptly after filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of the state court, which shall effect the removal and the ***State court shall proceed no further unless and until the case is remanded.***" (Emphasis added).

Therefore, the Defendant asserts that 28 U.S.C. Section 1446(d) divests this court of subject-matter jurisdiction to take any action on this case after the Notice of Removal is received by the Clerk of Court.

Dated this 18th day of July, 2017.

                                            */s/ Ernest H. Kohlmyer, III*
                                            Ernest H. Kohlmyer, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 18, 2017, with the Clerk of the Court by using the electronic filing system which will send an electronic notification to the following: Michael Tierney, Esquire of Michael Tierney, P.A. at efile@tierneylaw.us *(Attorney for Plaintiff).*

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
*Attorneys for Defendant,*
*Healthcare Revenue Recovery Group, LLC*